**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ingenuity 13 LLC <br><br> Plaintiff(s), <br> v. <br><br> John Doe <br><br> Defendant(s). | CASE NUMBER: <br><br> CV 12-06662 GAF(AGRx) <br><br> ORDER RE TRANSFER PURSUANT <br> TO GENERAL ORDER 08-05 <br> ( Related Cases) |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 08-05.

12/17/12        Otis D. Wright, II    /s/
_____    _____
Date            United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____
_____
_____

_____    _____
Date            United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case _____CV 12-05709 ODW(JCx)_____ and the present case:

- ☐ A. Arise from the same or closely related transactions, happenings or events; or
- ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
- ☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- ☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.
- ☐ E. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____Rosenberg_____ to Magistrate Judge _____Chooljian_____.

On all documents subsequently filed in this case, please substitute the initials __ODW(JCx)__ after the case number in place of the initials of the prior judge, so that the case number will read __CV 12-06662 ODW (JCx)__. This is very important because documents are routed to the assigned judges by means of these initials. The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the ☑ Western ☐ Southern ☐ Eastern Division.

**Traditionally filed subsequent documents must be filed at the ☑ Western ☐ Southern ☐ Eastern Division.**
**Failure to file at the proper location will result in your documents being returned to you.**

cc: ☐ Previous Judge    ☐ Statistics Clerk

CV-34 (05/08)    ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 08-05 ( Related Cases)