Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY13 LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN DOE, ) <br> ) <br> ) <br> Defendant. ) <br> _____) | No. 2:12-cv-06662-ODW-JC <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR DISQUALIFICATION OF HONORABLE JUDGE OTIS D. WRIGHT, II** |

**ORDER GRANTING PLAINTIFF'S MOTION FOR DISQUALIFICATION OF HONORABLE JUDGE OTIS D. WRIGHT, II**

THIS CAUSE is before the Court upon Plaintiff's Motion for Disqualification of Honorable Judge Otis D. Wright, II from the above-captioned case.

THIS COURT has reviewed Plaintiff's Motion, the pertinent part of the record, and relevant case law, and is otherwise fully advised of the premise. Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion for Disqualification of Honorable Judge Otis D. Wright, II is GRANTED;

IT IS FURTHER ORDERED that the above-captioned case shall be reassigned to another judge in accordance with the Central District of California's Local Rules.

IT IS SO ORDERED.

Dated: _____          _____
                                                                    United States District Judge