**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | |
| | **REFERRAL OF MOTION TO DISQUALIFY JUDGE / MAGISTRATE JUDGE** |
| DEFENDANT(S). | |

      A Motion to Disqualify Judge / Magistrate Judge _____ was filed on _____. Pursuant to General Order 08-05 and Local Rule 72-5, this motion is referred to Judge _____ for determination.

Clerk, U. S. District Court

_____      By _____
Date                                                          Deputy Clerk

**FOR COURT USE ONLY**

Ruling on prior motion(s):   ☐ No  ☐ Yes. Refer to document number(s) _____

cc:  *Judge Assigned to Case*
     *Judge Assigned to Determine Motion*
     *Counsel of Record*

CV-54 (05/08)      **REFERRAL OF MOTION TO DISQUALIFY JUDGE / MAGISTRATE JUDGE**