# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY 13 LLC,<br><br>    Plaintiff,<br>  v.<br>JOHN DOE,<br><br>    Defendant. | Case Nos. 2:12-cv-6662-ODW(JCx)<br><br>**ORDER** |

In preparation for the March 11, 2013 Order to Show Cause re Sanctions hearing, the Court hereby orders the following:

1) The following cases are hereby consolidated for the purposes of this Order to Show Cause:

- *AF Holdings LLC v. Doe*, No. 2:12-cv-6636-ODW(JCx) (C.D. Cal. filed Aug. 1, 2012);
- *AF Holdings LLC v. Doe*, No. 2:12-cv-6669-ODW(JCx) (C.D. Cal. filed Aug. 2, 2012);
- *Ingenuity 13 LLC v. Doe*, No. 2:12-cv-6662-ODW(JCx) (C.D. Cal. filed Aug. 2, 2012);
- *Ingenuity 13 LLC v. Doe*, No. 2:12-cv-6668-ODW(JCx) (C.D. Cal. filed Aug. 2, 2012);
- *Ingenuity 13 LLC v. Doe*, No. 2:12-cv-8333-ODW(JCx) (C.D. Cal. filed Sept. 27, 2012).

All papers to be filed with the Court relating to this Order to Show Cause shall be filed in the lead case *Ingenuity 13 LLC v. Doe*, No. 2:12-cv-8333-ODW(JCx) (C.D. Cal. filed Sept. 27, 2012).

2) The parties may each file a supplemental brief, limited to five pages, addressing the issues raised in the parties briefs submitted on February 19, 2013. These supplemental briefs shall be filed by March 4, 2013.

3) Brett Gibbs is hereby ordered to respond to the following questions in a separate brief, to be submitted by March 1, 2013:

- The names and contact information of the "senior members of the law firm that employed Mr. Gibbs in an 'of counsel' relationship." (Gibbs Resp. 2.);
- The names and contact information of the persons who make "strategic decisions . . . whether to file actions, who to sue, and whether to make a certain settlement demand or accept an offer of settlement." (Gibbs Resp. 2.);
- The names and contact information of the "owners of these copyrights." (Gibbs Resp. 2.) If these owners are business entities, then provide in addition the names and contact information of the principals of these entities.
- The names and contact information of the principals of AF Holdings LLC and Ingenuity 13 LLC.

Further, Mr. Gibbs is reminded to appear in person at the March 11, 2013 hearing.

**IT IS SO ORDERED.**

February 27, 2012

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**

2